IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOIS JANE PARKS, TRUSTEE OF THE
DAVID I. MILLSTEIN, MD IRREVOCABLE
LIFE INSURANCE TRUST DATED 08-12-99    PLAINTIFF

VS. CASE NO. 4:07CV538JMM

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY    DEFENDANT

RICHARD MILLSTEIN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF DAVID MILLSTEIN, DECEASED    THIRD-PARTY DEFENDANT

### INTERPLEADER ORDER

Pending before the Court is the counterclaim and third-party complaint of defendant, Northwestern Mutual Life Insurance Company ("Northwestern Mutual"). The parties have reached agreement concerning the issues in Northwestern Mutual's counterclaim and third-party complaint. Pursuant to the agreement of the parties, the Court hereby orders as follows:

1. No later than July 9, 2007, Northwestern Mutual shall deliver to the Clerk of this Court a check for the unpaid policy proceeds at issue in this litigation, plus interest from the date of decedent's death. The check shall be made payable to: James McCormack, Clerk, U.S. District Court for the Eastern District of Arkansas.

2. The Clerk is directed to deposit the funds in an interest bearing account subject to further orders of the Court.

3. Upon delivery of the check, Northwestern Mutual shall be dismissed from this litigation and discharged from any further liability for any claims on the policies of insurance at issue in this litigation, and any and all claims for statutory penalty or attorneys' fees.

4.      Northwestern Mutual shall comply with any reasonable request for discovery by the remaining parties to this litigation, including requests for production of its claim file and other discoverable documents.

5.      All parties shall bear their own costs and attorneys' fees in connection with the counterclaim and third-party complaint for interpleader.

IT IS SO ORDERED.

_____
HONORABLE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

July 9, 2007
_____
DATE

APPROVED:

/s/ David M. Donovan
DAVID M. DONOVAN (81184)
ATTORNEY FOR DEFENDANT
WATTS, DONOVAN & TILLEY, P.A.
200 S. COMMERCE ST., STE. 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX
ddonovan@wdt-law.com

/s/ Ed Daniel, IV
ED DANIEL, IV (88004)
ATTORNEY FOR PLAINTIFF
ED DANIEL, IV, P.A.
10310 W. MARKHAM ST., STE. 203
LITTLE ROCK, AR 72205
(501) 228-4488
(501) 228-4485 FAX
mrediv@comcast.net

/s/ Terry M. Poynter
TERRY M. POYNTER (65033)
ATTORNEY FOR
THIRD-PARTY DEFENDANT
TERRY M. POYNTER, P.A.
123 E. 7TH ST.
MOUNTAIN HOME, AR 72653-4411
(870) 425-2196
(870) 425-2198 FAX
pgatty@mtnhome.com