IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOIS JANE PARKS, TRUSTEE OF THE
DAVID I. MILLSTEIN, MD IRREVOCABLE
LIFE INSURANCE TRUST DATED 08-12-99                                    PLAINTIFF

VS.                             CASE NO. 4:07CV538JMM

NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY                                                 DEFENDANT

RICHARD MILLSTEIN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF DAVID MILLSTEIN, DECEASED                               THIRD-PARTY DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE OF
## NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

Pursuant to the Court's Interpleader Order entered July 9, 2007, as agreed to by all the parties, Northwestern Mutual Life Insurance Company ("Northwestern Mutual") deposited the unpaid policy proceeds into the Registry of the Court. Accordingly, Northwestern Mutual is dismissed with prejudice from this litigation and discharged from any further liability for any claims on the policies of insurance at issue in this litigation, and any and all claims for statutory penalty or attorneys' fees.

Northwestern Mutual shall comply with any reasonable request for discovery by the remaining parties to this litigation, including requests for production of its claim file and other discoverable documents.

All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

                                          *(signature)*
                                          HONORABLE JAMES M. MOODY
                                          UNITED STATES DISTRICT JUDGE

                                          July 16, 2007
                                          DATE