IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LOIS JANE PARKS, TRUSTEE OF THE**
**DAVID I. MILLSTEIN, MD IRREVOCABLE**
**LIFE INSURANCE TRUST DATED 08-12-99**                    **PLAINTIFF**

**VS.**                          **CASE NO. 4:07CV538JMM**

**RICHARD MILLSTEIN, AS PERSONAL**
**REPRESENTATIVE OF THE ESTATE**
**OF DAVID MILLSTEIN, DECEASED**                    **THIRD-PARTY DEFENDANT**

**ORDER**

Pending is Third Party Defendant's motion to stay the filing of a Rule 26(f) report. (Docket # 19). For good cause shown, the motion is GRANTED. The parties are directed to file their Rule 26(f) report on or before November 5, 2007.

IT IS SO ORDERED this 24th day of August, 2007.

_____
James M. Moody
United States District Judge