IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LOIS JANE PARKS, TRUSTEE OF THE DAVID I. MILLSTEIN, MD IRREVOCABLE LIFE INSURANCE TRUST DTD 8-12-99 | PLAINTIFF |
| V.                          4:07CV538 | |
| RICHARD MILLSTEIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID I. MILLSTEIN, DECEASED | THIRD PARTY DEFENDANT |

### ORDER GRANTING STAY

Pending is the Third Party Defendant's Motion to Stay the Proceedings. Plaintiff has responded to the motion. For good cause shown, the Motion to Stay (Docket # 13) is GRANTED pending the conclusion of the investigation into the death of David Millstein. The parties are directed to file a status report thirty (30) days from the date of this Order and every thirty (30) days thereafter as long as the investigation remains open.

IT IS SO ORDERED this 27th day of August 2007.

James M. Moody
United States District Judge