IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOIS JANE PARKS, TRUSTEE OF THE
DAVID I. MILLSTEIN, MD IRREVOCABLE
LIFE INSURANCE TRUST DTD. 08-12-99                        PLAINTIFF

V.                              4:07CV00538 JMM

NORTHWEST MUTUAL LIFE
INSURANCE COMPANY                                          DEFENDANT

RICHARD MILLSTEIN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF                            THIRD-PARTY
DAVID MILLSTEIN, DECEASED                                  DEFENDANT

## ORDER

Pending is the Plaintiff's Motion to Lift Stay.  There has been no response to the motion.

The Court finds that the Motion to Lift Stay (Docket # 38) should be, and hereby is, GRANTED.

The parties may commence discovery in this case.  A new scheduling order will be filed forthwith.

IT IS SO ORDERED this 15th day of April 2008.

_____
James M. Moody
United States District Judge