IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOIS JANE PARKS, TRUSTEE OF THE
DAVID I. MILLSTEIN, MD IRREVOCABLE
LIFE INSURANCE TRUST DTD. 08-12-99                               PLAINTIFF

V.                                         4:07CV00538 JMM

RICHARD MILLSTEIN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF                                  THIRD-PARTY
DAVID MILLSTEIN, DECEASED                                        DEFENDANT

## ORDER

This action was filed April 30, 2007 in the Circuit Court of Pulaski County and was removed to this Court on June 1, 2007. On July 9, 2007, the Court entered an Order allowing the Defendant Northwestern Mutual Life Insurance Company to deposit the insurance proceeds at issue in this case, plus interest, into the registry of the Court. The Court dismissed the Defendant Northwestern Mutual from the action. A dispute between the Plaintiff and the Third-Party Defendant Richard Millstein, as personal representative of the estate of David Millstein, deceased, over the proceeds remained.

On May 6, 2008, the Third-Party Defendant notified the Court that he has agreed to withdraw his pleadings and to be dismissed from the case. The Court entered an Order dismissing the Third-Party Defendant on the same date.

Therefore, the Court finds that all of the disputes in this case have been resolved and the case is dismissed. The Clerk is directed to distribute the insurance proceeds and all accrued interest to the Plaintiff Lois Jane Parks, Trustee of the David I. Millstein, MD Irrevocable Life Insurance Trust DTD. 08-12-99 forthwith.

IT IS SO ORDERED this 6th day of May, 2008.

_____
James M. Moody
United States District Judge