FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 6 2008

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LOIS JANE PARKS, TRUSTEE OF THE DAVID I. MILLSTEIN, M.D. IRREVOCABLE LIFE INSURANCE TRUST DATED 08-12-99 | PLAINTIFF |
| VS | CASE NO. 4:07CV00538 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | DEFENDANT |
| RICHARD MILLSTEIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID MILLSTEIN, DECEASED | THIRD-PARTY DEFENDANT |
| RICHARD MILLSTEIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID MILLSTEIN, DECEASED | THIRD-PARTY PLAINTIFF |
| LOIS JANE PARKS, TRUSTEE OF THE DAVID I. MILLSTEIN, M.D. IRREVOCABLE LIFE INSURANCE TRUST DATED 08-12-99 | THIRD-PARTY DEFENDANT |

ORDER

This cause comes on before this Court on this day on the Motion of Richard Millstein to withdraw as parties to this litigation; from which and of which this Court finds and holds the following:

1. That Richard Millstein, Individually and as Personal Representative of the Estate of David Millstein, deceased no longer wishes to pursue the insurance proceeds which are the subject matter of this action.

2. That Richard Millstein, Individually and as Personal Representative of the Estate of David Millstein, deceased withdraws his pleadings filed herein.

3. That Richard Millstein both Individually and as Personal Representative of the Estate of David Millstein, deceased seeks to be dismissed as a party hereto and the litigation proceed between the original Plaintiff and the original Defendant.

IT IS THEREFORE THE JUDGMENT, ORDER AND DECREE of this Court that Richard Millstein, individually, and as Personal Representative of the Estate of David Millstein, deceased is dismissed as a party defendant to this lawsuit; and litigation may proceed with the as between the original litigants hereto.

IT IS SO ORDERED this 6 day of May 2008.

_____
FEDERAL DISTRICT JUDGE

APPROVED BY:

_____
Terry M. Poynter, Attorney for the Defendants,
Richard Millstein, Individually and as Personal
Representative of the Estate of David Millstein,
deceased

_____
Richard Millstein

_____
Ed Daniel IV, Attorney for the Plaintiff